■ LEE FELTMAN, Petitioner, v MARTIN EVANS et al., Respondents.—Motion to consolidate granted, the two petitions unanimously denied and dismissed, without costs and without disbursements, and petitioner is granted leave to formally apply before respondent Justice for a new warrant of commitment, with notice thereof. No opinion. Concur—Sullivan, J. P., Asch, Milonas, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABRAHAM RIVERA, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on January 15, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.